# Lisa S. Robin

1925 Russell Dr
Saint Bernard, LA 70085
(504) 884-1979
Lisasrobin@yahoo.com

November 22, 2024

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 200

Dear Judge Kelly,

My name is Mrs. Lisa Robin. I am pleased to say that I am happily married to my husband, Charles for 44 years . We were high school sweethearts and have dated each other for 4 and 1/2 years before we got married. Together we have three wonderful sons whom we love very much. Gabriel "Gabe" is the youngest. I must admit he had a wonderful and wholesome childhood. Being the son of a commercial fisherman and a stay at home mom, he grew up in a very humble and loving home. He spent a lot of time on the shrimp boat with his family during the summer. He attended church and catechism regularly, and received all of his sacraments. Gabe became a confirmed catholic at the age of sixteen. He is very strong in his Christian faith. Gabe was always a good natured, loving, and kind child. He is an exceptionally generous, caring, and compassionate young man.

Throughout his 28 years of life he has made a lot friends. He participated in sports from the age of five up until he graduated from high school. He helped coach little league baseball one summer at the request of his boss, because he needed his help. Baseball was Gabe's favorite sport. He learned to be a team player on and off the field. He's very easy going. Gabe has a vibrant personality and a sincere heart. He is well loved by many. He's the type of guy who is always willing to help someone in need.

In fact, on several occasions he bought lunch for the homeless because he felt empathy for them. As a member of the Knights of Columbus organization, he volunteers his services at the annual Louisiana Crawfish Festival. This festival is the main fundraiser for the Knights of Columbus. It allows them to make charitable contributions to the community. Gabe also participated in many fundraising events for people in our community who are battling cancer. When he was a young boy he participated in a kidney walk to raise money for kidney research  on behalf of his cousin, Talor who was in dire need of a kidney transplant. He has donated money to families who lost loved ones and we're not financially able to afford a funeral. He donated money to his cousin, Paige and her husband, Caleb because they couldn't conceive a child of their own. Thanks to my son and many others this beautiful couple now have a little girl to love and care for. These are

just a few examples of the kindness, compassion, and generosity that my son has shown to others. His heart is truly genuine.

I'm so grateful and blessed to have him in my life. He's a very responsible young man. He works hard every day to make sure that he provides for his family. The conduct that he has pled guilty to is not indicative of his character. Gabe has a wonderful fiancé and a beautiful baby boy whom he deeply loves and adores. I can't imagine how detrimental it would be for Gabe, his young family, friends, community, and us if he was to be imprisoned. That would mean a tremendous loss and a tragedy for all involved in his life, especially his fiancé and son as they greatly depend on his love and support daily.

Your Honor, I feel certain that Gabe has definitely proven himself to be a great blessing to his family, his community, and even to strangers. I respectfully ask that you please take into consideration the acts of kindness and compassion that he has displayed throughout his life when making your decision on his behalf. Please if you will consider a lighter sentence for him so that he will be able to continue to provide for and protect his family and his community.

Thank you for your thoughtful consideration.


Sincerely yours,


Mrs. Lisa S. Robin

The Honorbale Timothy J. Kelly
U.S District Court for the District of Columbia
333 Constitution Ave., N.W.
Washinton, DC 20001

Dear Judge Kelly,

My name is Natalie Sterling. I am Gabriel Robins's fiancée and the mother of his two-year-old son Rowan. I work full-time as a patient care technician at a local hospital in a brain injury and stroke rehabilitation unit while studying full-time in nursing school. I have been in a relationship with Gabriel since 2016, engaged since 2019, and had our son Rowan in 2021. Throughout our time together, I have observed various situations that portray his character.

From 2016 to 2019, I watched him gain and concur many responsibilities due to the two of us moving out of my parent's house at a young age. I watched him go from a young boy to a man in what felt like a few days. In 2020, we had to move out of the rental property because the renters wanted to sell the home, causing us to live with his parents until we could find a place to stay. To say this was a difficult time for us would not justify our struggle as two young adults trying to start our lives. I suffered depression during this period and felt like giving up, but Gabriel was determined and did everything he could to get us to where we are now. He became an emotional and financial support system for which I am forever thankful. In 2021, we had our son Rowan. Watching him become a father these last few years still amazes me. He is an inspiring, devoted, and respectable father to our son. I am so pleased with the man he has become. Gabriel is an excellent role model for Rowan, and I am proud he is my son's father.

Going through nursing school while maintaining a demanding full-time job and having a two-year-old son, I cannot contribute as much to the household as I would like. I rely on Gabriel a lot to fill in the gaps that I cannot fill right now. Gabriel has taken on the responsibility of cooking, cleaning, dropping off and picking up Rowan from daycare, bringing him to doctor visits, and paying most of our bills. He is our sole provider and caretaker. The decision on the case would be detrimental as I would need help finding a caretaker for my son while I go to school and work, as well as financially since my income would not cover the cost of living.

Aside from Gabriel's character as a father and fiancé, I have observed him carelessly give his time, knowledge, and money to others throughout the years. I distinctly remember one situation when he noticed an older gentleman stuck in a ditch; he stopped to see if he was okay and tried to pull his truck out. When that did not work, he picked up his parent's truck and was able to pull the vehicle out. There have been multiple instances like this, and every

time it happens, I think to myself how caring and thoughtful one can be. I have often seen him give money, food, and even hugs to people experiencing homelessness in our community. I have observed him giving money to friends and family, some of whom he does not regularly speak to. He is a very selfless and giving person who expects nothing in return.

I remember the day I learned a lot about his character when I asked him why he gives people money and food almost every time he sees someone in need, and he responded that if he has it, he will provide it to those in need. He has participated in countless fundraisers for children and adults suffering from significant illnesses. He has donated money to the local church that we attended. He volunteers with his family each year at the Louisiana Crawfish Festival, where the money is donated to those in need and supports community programs in the surrounding areas. He is never hesitant to lend a helping hand to anyone. Gabriel works as a mechanic in a local shop where he spends countless hours ensuring he meets our household's needs. Gabriel's honest and professional work has created a large clientele of people who specifically request him to work on their vehicles because they have so much trust in him. There are so many scenarios I could share with you to show how honest and selfless he is. One of the main things I love about him is his care for others, and I am inspired by his ability to do good even if he is not doing his best.

Gabriel had not been in legal trouble before the incident pertaining to this case, and I have noticed how much this has affected him. He has been remorseful and honest about the situation. Gabriel knows that his actions concerning his case were unacceptable and should not have happened, and he has cooperated with the orders given by the magistrate judge to show that he is willing to take accountability and comply with the courts. For the last couple of months, he has been expressing his worries for my son and me, as the decision in the case could cause severe repercussions for our future. I hope this letter has given you insight into what kind of person Gabriel is and aided your decision-making.

Thank you for your time and consideration.

Sincerely,
Natalie Sterling
Natalie.sterling@my.chamberlain.edu
985-259-5676

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001


Dear Judge Kelly,

My name is Francisco Gonzales, Jr. Aside from being Gabriel Robin's cousin, I am a past board member on the Los Islenos Society, current secretary for the Louisiana Crawfish Fest Foundation, and a Licensed Professional Counselor in the states of Louisiana and Texas. I have known Gabriel for his entire life. In fact, his parents joke about how if it weren't for them babysitting me as an infant, you would not have had Gabriel.

I am writing to share my personal knowledge of Gabriel Raymond Robin, whose life has been marked by dedication, hard work, and an unwavering commitment to his family and community. Gabriel has exemplified the qualities of a caring, responsible, and community-minded individual, and I respectfully ask you to consider his exceptional character and circumstances as you weigh his sentencing.

Gabriel has been a vital part of the Los Islenos Society, an organization dedicated to preserving the cultural heritage of Canary Island descendants, our ancestors. As a devoted volunteer, he has contributed in numerous ways, from helping restore an ancestral home that stands as a symbol of our shared history to actively participating in the annual Los Islenos Fiesta, the organization's primary fundraiser. Gabriel's deep involvement earned him a scholarship from the society, a reflection of both his contributions and his commitment to honoring our heritage.

Beyond his volunteer work, Gabriel possesses an insatiable curiosity and love for the natural world. He has spent countless hours exploring the woods, forging a connection with nature, and sharing his passion with his family, especially his cousins. These bonds reflect his ability to find joy and meaning in life's simplest yet most profound experiences.

Gabriel's dedication extends to his family, where he has taken on the role of the primary provider. While his fiancée works diligently to become a nurse, Gabriel's hard work supports their family financially. This balance of responsibility and support demonstrates his unyielding love for his family and his resolve to build a stable future for them.

In addition to his contributions to the Los Islenos Society, Gabriel has also volunteered with the Louisiana Crawfish Fest Foundation, offering his time and energy to the annual Louisiana Crawfish Festival. He participated tirelessly until his son reached an age where attending the festival became a cherished family tradition. Gabriel chose to step away from volunteering to spend these precious moments with his wife and son, embodying the essence of a devoted husband and father.

If Gabriel were to face a significant sentence, the impact on his mental health and that of his family would be profound. Gabriel's presence as a father, partner, and community member is irreplaceable, and his absence would cause an emotional and financial strain on those who depend on him.

Your Honor, Gabriel has already proven himself to be a valuable asset to his community and a loving provider for his family. I respectfully plead for your consideration of a minimal sentence or an alternative sentencing option that would allow him to continue his work and remain the cornerstone of his family's support. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. Gabriel is in that pursuit of Happiness every day.

Thank you for your time and thoughtful consideration.

Sincerely,

Francisco Gonzales, Jr.
gonzalescisco19@gmail.com
504-329-6404

Dear Judge Kelly,

My name is Rhonda Serpas and I am a retired Director of Religious Education with Saint Bernard Catholic Church in Saint Bernard Parish.

I am writing on behalf of a former student and nephew Gabriel Robin.

While Gabriel was attending our program as a youth he volunteered in various fundraisers for our church, such as pumpkin patch and our seafood dinner during lent. He also attended several spiritual retreats to for-fill his religious formation. Since becoming an adult to my understanding he has helped with another non profit organization within our community called The Louisiana Crawfish Festival doing various duties during the festival.

Gabriel's extremely immature decision to follow others into the Capital on January 6th is regretful on his part. I know he didn't go into the building that day to cause any harm to anyone, nor would he ever cause harm to another human being. He was just following the crowd and wanted to see the inside of the building. He would have never gone to Washington D.C. if his employer had not invited and paid for his airfare to attend the event.

Imprisonment would be detrimental to his little family because without the support of his income, his fiancé and young child would be homeless. His fiancé works and goes to college, so Gabriel takes care of their son while she is at school. These are two young people trying to make ends meet on a day to day basis and provide for their child. They own a home together and need two incomes to support their household expenses.

This young man is from a simple up bringing in a small community. His father is a fisherman and his mother is a homemaker. He made a big mistake and has realized the error on his part of that day. He was immature and got caught up in the excitement not realizing he was doing something illegal at the time. As his Aunt I know he will never do something so stupid ever again. He is now a father, and has grown in maturity and has responsibilities.

Please I beg you to have compassion for this young father. Gabe is an extremely good person and would do anything the help anyone. He would never hurt anyone. This is the only poor decision he has ever made in his life. Please have mercy on his sentencing as his little boy depends on him.

Sincerely,

Rhonda Serpas

The Honorbale Timothy J. Kelly
U.S District Court for the District of Columbia
333 Constitution Ave., N.W.
Washinton, DC 20001

Dear Judge Kelly,

My name is Eve Sterling. I am the grandmother of Natalie Sterling, Gabriel Robins's fiancée. I met Gabriel in 2016 when he and my granddaughter started dating. He has always been willing to help with any auto repair or anything else I may need help with and never asks for anything in return. Since their son Rowans was born in 2021, I have noticed that Gabriel has matured. I have spent many family gatherings and visits with Gabriel over the years. I have learned a lot about him as a person and I have watched him become an amazing father to my grandson Rowan. When he first started coming around, he was a young man but through the years I have watched him grow into a responsible adult.

In my time spent with Gabriel, he has always shown great love for Natalie and our family. During family gatherings, he enjoys making everyone laugh. Natalie always described him as the social butterfly because he would talk to everyone and treat everyone like family. Gabriel is always making jokes and putting smiles on everyone's faces. I have had the pleasure of meeting Gabriel's parents on several occasions. Getting to know his parents has shown me how he was raised and shows where he gets his personality from. Gabriel's parents are devoted Catholics, and his father is a hardworking, lifelong legacy fisherman. His parents have raised a respectable, God-loving, hardworking man. Gabriel and his parents volunteer at a local festival to raise money for the community and give to those in need. Gabriel also volunteers in softball fundraisers to help people in need. The most recent fundraiser was for a little girl with brain cancer. Through tough times of young adulthood, he has played an essential role as my granddaughter's financial and emotional support system. He has remained loyal to her and shown great respect for her.

When our family was informed of the events of the case, we were all disappointed. After talking with Gabriel about it, he said his actions and involvement should not have happened. I believe that when the incident mentioned in the case occurred, he was still immature and did not think clearly about the future. I do not believe that this excuses his actions, but it shows his character growth. Since then, Gabriel has taken on many responsibilities, including bringing Rowan and picking him up from daycare every day. He has him on the weekends while Natalie is working 12-hour shifts. He also cares for Rowan while Natalie goes to school or needs time to study. Gabriel has taken on much responsibility with Rowan's care while working full-time to pay their household bills. Gabriel has shown his character growth from becoming a father and the lessons learned

from this case by striving to make better decisions, always putting his family first and focusing on his future to better his family's life.

I pray that you will consider Gabriel's character in making your decision in the case. Thank you for your time and thoughtful consideration.

Sincerely,
Eve Sterling
Evesterling54@gmail.com
504-259-7068
309 Radiance Ave. Metairie, LA 70001